379 A.2d 579

Commonwealth v. Burton, Appellant.

Submitted March 24, 1977. Barney B. Welsh, for appellant; Michael R. Stiles and James C. Long, Jr., Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.